UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MARC B. STOLTZ, an individual,

    Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,
a Delaware limited partnership,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Marc B. Stoltz, an individual, sues Defendant, GC Services Limited Partnership, a Delaware limited partnership, and alleges:

### I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1337.

### III. ALLEGATIONS AS TO PARTIES

3. Plaintiff, Marc B. Stoltz ("Mr. Stoltz"), is *sui juris* and a resident of Palm Beach County, Florida.

4.  Defendant, GC Services Limited Partnership ("GC Services" or "Debt Collector"), is a Delaware corporation, doing business in Palm Beach County, Florida.

5.  Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another.

6.  Defendant is a "debt collector" as said term is defined under the FDCPA, 15 U.S.C. §1692a(6).

7.  Mr. Stoltz is a "consumer" as said term is defined under the FDCPA, 15 U.S.C. §1692a(3).

8.  For an extended period of time, Defendant regularly collected or attempted to collect monies from consumers on defaulted student loans ("Stoltz Student Loan").

## IV.  FACTUAL ALLEGATIONS

### A. INTRODUCTION

9.  Several years prior to the filing of the instant action, Mr. Stoltz allegedly obtained a student loan for the purpose of attending a higher educational institution ("Stoltz Student Loan").

10. Commencing in November 2010, GC Services commenced collection efforts with respect to the Stoltz Student Loan.

### A. DESCRIPTION OF COLLECTION EFFORTS OF DEFENDANT

#### *1. Initial Dunning Letter*

11. On or about November 22, 2010, GC Services sent or caused to be sent to Mr. Stoltz written correspondence known more commonly in the collection industry as a "dunning

letter" for the purpose of collecting monies purportedly due under the Stoltz Student Loan ("Initial Collection Communication").

12. A true and correct copy of the Initial Collection Communication is attached hereto and incorporated by reference as Exhibit "A."

13. By information and belief, at the time of transmission of the Initial Collection Communication, the "creditor" as such term is defined under 15 U.S.C.§1692a(4) and owner of the Stoltz Student Loan was SLM Corporation, known more commonly as "Sallie Mae" ("Sallie Mae").

### *2. Telephonic Communication to Plaintiff*

14. Subsequent to the transmission of the Initial Collection Communication until approximately July, 2011, GC Services, through its agents, employees and representatives acting within the scope of their authority, commenced repeated telephone communications to Mr. Stoltz which include the following messages on the voice mail of Mr. Stoltz:

> **Message 1:**
> This message is for Marc Stoltz. Marc, this is David Moore, GC Services, trying to reach you on a pressing business matter of yours. Please give me a call as soon as possible at 800-753-8354 extension 4786. When you call, reference your file number 596962.
>
> **Message 2:**
> Marc Stoltz, this is David Moore from GC Services. I'm trying to reach you on a pressing business matter of yours, Please give me a call today so I can help you make the best resolution with this account. Telephone number here is 800-753-8354. I'm at extension 4786. When you call reference your file number 596962.
>
> **Message 3:**
> Good morning Marc, uhm, this is Ms. Wilson calling and the reason for my call is that I need to discuss a file that I have here in

my office. Uhm. This file contains, uhm, your personal, some personal information that belongs to you, uhm, and it also has other things that are involved in it that I need to discuss with you mainly; mainly the, mostly the details. It's actually my job because it is an important matter to assist you in uh educating you and letting you know, uh, how to keep this from escalating into a serious matter. Therefore, if you would please give me a call back, I can be reached at 1-800-753-8354. My extension is 4792, and the file number is 596962. Uh, today is Wednesday, December the 8th, It is 9:30 am and I'm here til 5 pm, that's Eastern Standard Time, so by all means Marc, would you please give me a call back and I look forward to speaking with you soon. Thank you.

**Message 4:**
Hi, uhm Mr. Stoltz, this is Ms. Wilson calling and I have tried reaching you on numerous occasions concerning a file that I have here in my office, and I'm hoping that you'll give the courtesy of returning my call. This is an extremely important matter that I need to speak with you about, as much as I could assist you with and, uh, with the matter, and to advise you as to what the content and details are of the file. Could you give me a call back please today before 5 pm as this has become a very time sensitive issue. My number is 1-800-753-8354 extension 4792, and this is in reference to US file number 596962. Uhm, currently it is 2:05 pm, its Wednesday December the 15th, that's Eastern Standard Time and I'm here until 5:00. Thank you.


**Message 5:**
Mr. Stoltz, this is Ms. Wilson making an attempt to reach you, uhm, concerning US file number 596962. I do need to speak with you. I need your assistance in helping me to complete some information. My number is 1-800-753-8354, My extension is 4792 and again that US file number is 596962. Currently it's 6:45 pm Eastern Standard Time and I'm in the office until 9 pm, so will you please return my call so that I can explain the contents and details of the file. Thank you.

**Message 6:**
Hi Mr. Stoltz, this is Ms. Wilson calling once again in reference to US file number 596962. It seems almost utterly impossible to get in touch with you and at this point this file has become very time sensitive, uhm, it is very beneficial for you to give me call back so

that I can give you the details of the file. I can be reached at 1-800-753-8354 extension 4792, and again the US file number is 596962. Uh, today is Tuesday, December the 21st, its 8:01 pm Eastern Standard Time, sir, I'm here until 9 and I'm here from 8 am til 12 noon tomorrow, so by all means please return my call and I look forward to speaking with you soon. Thank you.

**Message 7:**
Hi, uhm Mr. Stoltz, once again this is Ms. Wilson calling and I am calling in reference to US United States file number 596962, that's 596962, that is your case number, and, uhm, it's been kind of difficult trying, well, it's been difficult trying to reach you but I wanted to let you know that this is an extremely important matter, and it would be beneficial for you to return my call. Uhm, our phones go off at 12 noon so I don't expect that I'll be hearing from you today; however, I will be in the office Monday December 27 from the hours of 12 noon and 9 pm Eastern Standard Time. So, would you please take advantage of that time slot and give me a call back so that I can explain the nature of the call and, well, of course you may already know, but anyway, uhm, I can be reached at 1-800-753-8354 and my extension is 4792, and also I would like to wish you a very Merry Christmas to you and yours and have, a uhm, a blessed holiday. Thank you.

**Message 8:**
Good evening Mr. Stoltz, this is Ms. Wilson calling again in reference to United States case file number 596962. Again, its extremely important that I hear from you. My number is 1-800-753-8354, my extension is 4792, and uh, today is Monday December the 27th. It is 8:30 Eastern Standard Time. I'm here until 9 and noon tonight, tomorrow... these are my late nights in the office. Again it is extremely important that you do give me a call back so that I can disclose the information and contents of the file to you. My number again is 800-753-8354 extension 4792. Mr. Stoltz, the US United States case file number is 596962. Thank you.

**Message 9:**
Hi Mr. Stoltz, Ms. Wilson once again. I'm not sure what the problem is but I have left you numerous messages in reference to US United States case file number 596962. If you would please return my call once again this is a very important matter, sir, and I am trying to assist you with it and, as well as, let you know what's

going on with the file itself. My number once again is 1-800-753-8354. My extension is 4792. Today is Wednesday the 29th of December and its 2:51 pm Eastern Standard Time. I'm here til 5 and it is important that I speak with you before the end of this year, which will be the 31st, so if you can give me a call back today that would be wonderful, that way I can disclose the information to you. Again, its US file number 596962. Thank you.

**Message 10:**
Yes, I'm trying to reach Mr. Marc Stoltz. This is Ms. Wilson and I'm calling in reference to US United States file number 596962. It's very important that a call is returned to me as soon as possible concerning this matter. I can be reached at 1-800-753-8354 extension 4792. Today is Wednesday January 12, 10:30 am Eastern Standard Time and our office is open until 9 pm. Thank you.

**Message 11:**
Hi, this is Ms. Wilson calling an I am trying to reach Marc Stoltz. This is a very important matter and its extremely important that my call is returned today before, uh, 5 pm, uh, today being Thursday December the 30th. My number is 1-800-753-8354. My extension is 4792, uh, currently it is 10:18 am Eastern Standard Time and once again I'm available til 5 and this is concerning US United States case file number 596962. Thank you.

**Message 12:**
Mr. Stoltz, this is Ms. Wilson calling once again in reference to your file US United States file number 596962. Sir, it's very important that you do give me a call back so I can explain the nature of the call and the contents of the file. This is a very important matter. Please return my call at 1-800-753-8354. My extension is 4792 and again the US file number is 596962. I will be available in the office between the hours of 8 am and 12 noon tomorrow; however, our office is open til 9 pm and one of my associates would be more than glad to give you the information that's necessary. Thank you.

**Message 13:**
Good morning Mr. Stoltz. I'm sure that you realize that this is Ms. Wilson calling again in reference to US file no. 596962. Uhm, I have been trying to reach you several times — uhm — you've actually answered the phone, hung up the phone, but I do need to let you know, of course, uhm, that this is a very important matter.

I'm sure that you're aware of what its about simply because you have tried to avoid the phone call. I am trying to give you an option, uh, or let you know what your options are at least, if you're resolving the matter, and the only way that it can resolved once and for all — because it will continue for an eternity — is to give me a call back, and, uhm, to resolve this quickly. Anyway, to make a long story short its important that you do give me a call back , uhm, so that I have to continue to call you until I do speak with you personally, the number is 1-800-753-8354 extension 4792. And, uhm, your call, I mean your file, is here with GC Services, and again that is United States file no. 596962. I am trying to assist you, however, in order to do that I do need a return call from you. Thank you.

**Message 14:**
Hi, uh, Mr. Stoltz, this is Ms. Holloway, if you can give me call. My phone number is 800-753-8354. My extension is 4779. My name is Ms. Holloway. I'm in the office here until 9 pm. If not, you can reach me anytime after 8 am tomorrow morning and again my name is Ms. Holloway.

**Message 15:**
This message is for Marc Stoltz. Marc, this is David Moore at GC Services trying to reach you on a pre...uh... a very pressing business matter. I need you to give me a call as soon as possible at 800-753-8354. I'm at extension 4780. When you call reference your file number 596962.

**Message 16:**
Marc, this is Darryl with GC Services. I'm calling regarding a Sallie Mae student loan account. Obviously (ph) you do have a high balance on it, however, I can get it taken care of for a minimal payment of $10 payment for a four month time period. If you are not willing to do this then I am ... uhm... by garnishing (ph) rules legally to garnish you ... uh... I need to hear from you by Friday. We do ... uh ... have verified your employment and we do know where you work... you work at Regency..uh.. Regency whatever, uh, so like I said, I can just give you call by Friday and get this all taken care of, like I said a four month program, $14 for that four months, by filling out an application. That's it — you're fine with this loan. If you cannot make that $10 payment for four months, then ... [unintelligible] ... can garnish you disability, employment,

taxes.. I'm trying to help you get this taken care of [unintelligible] just call me and tell me your decision before I garnish you. My number is 1-800-253-8354 extension 4745. Thank you.

**Message 17:**
This message is for Marc. This is Dominique calling from GC Services. It's important that you contact me back at 800-753-8354 x4777. When calling refer to reference number 596962. Again, it's important that you contact me back as soon as possible.

**Message 18:**
This is for Marc Stoltz. This is Dominique and I have an important business matter which requires your attention immediately. Please contact me back as soon as possible. At 1-800-753-8354 x4777. Refer to reference number 596962 when calling. It's in your best interest to contact me back.

**Message 19:**
Hi [unintelligible] this message is for Marc Stoltz. Mr. Stoltz, if you can contact me, my phone number is 800-753-8354. My extension is 4753. My name is Ms. Holloway. I'll be in my office here until 9 pm, if not, you can reach me anytime after 8 am tomorrow morning. It is important that you return my call, I'm calling in reference to your payroll application. Thank you.

15. GC Services left similar or identical messages on other occasions (hereinafter referred to collectively as the "Telephone Messages").

### 3. Lack of Meaningful Disclosures of Status of Debt Collector

16. By information and belief, the telephone messages left by Defendant used an automatic dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff.

17. The messages are "communication(s)" as defined by 15 U.S.C. §1692a(2). *See*, *Berg v. Merchs. Ass'n Collection Div.*, 2008 US Dist. LEXIS 94023 (S.D.Fla.2008).

18. In the messages, Defendant failed to inform Plaintiff that the communication was

from a debt collector and failed to disclose the purpose of its messages.

## COUNT I - ACTION FOR VIOLATION OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 *ET SEQUI.*)

19. This is action for violation of 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA").

20. Mr. Stoltz realleges and reaffirms the allegations contained in Paragraphs 1 through 18 above as if set forth hereat in full.

21. At all times material hereto, Mr. Stoltz was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

22. At all times material hereto, Sallie Mae was a "creditor" as said term is defined under 15 U.S.C. §1692a(4).

23. At all times material hereto, the Stoltz Student Loan was a "debt" as said term is defined under 15 U.S.C. §1692a(5)

24. At all times material hereto, GC Services was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

25. As more particularly described above, Defendant has violated the FDCPA in that Defendant has:

    (a) failed to disclose in subsequent communications that the communication was from a debt collector in contravention of 15 U.S.C.§1692e(11); and

    (b) placed telephone calls without meaningful disclosure of the caller's identity in contravention of 15 U.S.C. §1692d(6).

26. As a direct and proximate result of the violation of the FDCPA by GC Services,

Mr. Stoltz has been damaged. The damages of Mr. Stoltz include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment.

27. Pursuant to 15 U.S.C. §1692k, Mr. Stoltz is entitled to recover actual damages together with statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

28. Mr. Stoltz has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, Marc B. Stoltz, an individual, demands judgment against Defendant, GC Services Limited Partnership, a Delaware limited partnership, for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

### COUNT II - ACTION FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. §227, *ET SEQUI*)

29. This is action for damages for violation of 47 U.S.C. §227, *et sequi*, known more commonly as the "Telephone Consumer Protection Act" ("TCPA"), and the regulations promulgated thereunder.

30. Mr. Stoltz realleges and reaffirms the allegations contained in Paragraphs 1 through 18 above as if set forth hereat in full.

31. In furtherance of its collection activities, GC Services made repeated and unlawful automated calls to the cellular phone of Mr. Stoltz.

32. GC Services did not have the legal right to make telephone calls to Mr. Stoltz on his cellular phone regarding the alleged debt purportedly owed to Sallie Mae.

33. Ms. Smith did not give consent to GC Services to contact Mr. Stoltz by any means.

34. GC Services used an unlawful auto dialer and pre-recorded messages to call the cellular phone of Mr. Stoltz without permission to do so in violation of the TCPA.

35. GC Services used an illegal predictive dialer to call the cellular phone of Mr. Stoltz without permission to do so in violation of the TCPA.

36. GC Services used an illegal prerecorded call to call the cellular phone of Mr. Stoltz without permission to do so in violation of the TCPA.

37. As more particularly described above, GC Services placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Mr. Stoltz in violation of 47 U.S.C. §227(b)(1)(A)(iii).

38. There is no exception or justification for the numerous violations of the TCPA by GC Services.

39. Each call to the cellular phone of Mr. Stoltz is a separate violation and entitles Mr. Smith to statutory damages against GC Services in the amount of at least Five Hundred Dollars ($500.00) per call pursuant to 47 U.S.C. §227(b)(3).

40. GC Services willfully and knowingly violated the TCPA and the regulations promulgated thereunder to the extent that the Court may, in its discretion, increase the amount of statutory damages to One Thousand Five Hundred Dollars ($1,500.00) per call pursuant to 47 U.S.C. §227(b)((3).

WHEREFORE, Plaintiff, Marc B. Stoltz, an individual, demands judgment against

Defendant, GC Services Limited Partnership, a Delaware limited partnership, for:

    A.    Statutory damages;

    B.    A declaration that the calls of Defendant violated the TCPA;

    C.    A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    D.    Such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Marc B. Stoltz, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

_____
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
Attorney for Plaintiff
rphyu@aol.com

**Collection Agency Division**
6330 Gulfton, Houston, TX 77081

PO BOX 32500
COLUMBUS, OH 43232-0500

November 22, 2010

# BALANCE DUE STATEMENT

YOU OWE
USAF

BALANCE DUE
$159,208.02*

ACCOUNT NUMBER
596962

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0464300005969624 GCPL1/US   596962
MARC B STOLTZ

1852 WISTERIA ST
WELLINGTON FL 33414-8609

GC SERVICES
PO BOX 32500
COLUMBUS, OH 43232-0500
1-800-753-8354

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

Dear Marc B Stoltz:

Your account with UNITED STUDENT AID FUNDS (USAF) has been referred to our firm for collection activity.

By this time you must realize that you are seriously delinquent.

To avoid further collection activity, send payment in full in the enclosed envelope. Please include this letter to assure proper credit of your payment. Indicate your account number on your check or money order.

Remit your balance in full or contact our office at 1-800-753-8354 (toll-free).

If you wish to pay by credit card, please refer to the enclosed insert.

Yours Very Truly,

Dave Finney
Collection Manager

0757-16

* As of the date of this letter, you owe $159,208.02. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.

EXHIBIT A

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION