UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80096-CIV-MIDDLEBROOKS/BRANNON

MARC B. STOLTZ,
    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,
    Defendant.
_____/

**ORDER ACCEPTING THE PARTIES' JOINT STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal (DE 17) ("Joint Stipulation"), filed July 9, 2012. I have reviewed the Joint Stipulation and am otherwise fully advised in the premises. The Parties filed the Joint Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation of Dismissal (DE 17) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1  Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**;

2. All pending Motions are **DENIED AS MOOT**; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 16th day of July, 2012.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record